## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. EMERGENCY MEDICAL SERVICES AUTHORITY, an Oklahoma public trust,<br><br>Plaintiff,<br><br>vs.<br><br>1. RSUI INDEMNITY COMPANY, a foreign, for profit insurance corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:17-CV-01168-M<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Parties in the above-captioned action jointly, pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), and hereby stipulate to the dismissal with prejudice of all claims or matters asserted or which could have been asserted in the instant action. Each Party shall bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ Sharon K. Weaver
Thomas M. Askew, OBA #13568
Wm. Gregory James, OBA # 4620
Sharon K. Weaver, OBA #19010
Stephanie L. Theban, OBA #10362
RIGGS, ABNEY, NEAL, TURPEN,
 ORBISON & LEWIS
502 West 6th Street
Tulsa, OK  74119-1010
(918) 587-3161
(918) 587-9708 (Facsimile)
*Attorneys for Plaintiff, Emergency Medical Services Authority*

/s/ Christian S. Huckaby
Christian S. Huckaby
Oklahoma Bar No.: 16131
CHuckaby@HallEstill.com
HALL ESTILL
100 North Broadway
Chase Tower, Suite 2900
Oklahoma City, OK 73102-8865
(405) 553-2828 (Telephone)
(405) 553-2855 (Facsimile)


/s/ Ashley Gilmore
Ashley Gilmore
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75202-3758
214.698.8065 (Direct)
214.698.8000 (Main)
214.698.1101 (Fax)
ashley.gilmore@wilsonelser.com